**ROGER CABRERA, P.A.**
BOARD CERTIFIED TRIAL ATTORNEY

ROGER CABRERA
Board Certified Trial Attorney
Wells Fargo Center
333 S.E. 2nd Avenue
Suite 2000
Miami, FL 33131

Phone: 305-823-8383
Facsimile: 305-675-7970
Roger@Cabrera.legal

September 12, 2024

David J. Smith, Clerk of the Court
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**Re:** *United States v. Reginald Graham* et al., Case No. 19-10332
**Multi-Appeal:** Member No. 19-10659 (Appellant Samuel Hayes)
**Matter(s):** Citation of Supplemental Authority,
pursuant to Rule 28(j), Fed. R. App. P.

To the Court:

The Defense disagrees with the Government's proposed application of this Court's recent decision in *United States v. Wall*, --- F.4th ---, 2024 WL 4099978 (11th Cir. Sept. 6, 2024).

The Government claims *Wall* distinguishes this case from *United States v. Hawkins*, 934 F.3d 1251 (11th Cir. 2019). Distancing from *Hawkins*, *Wall* aligns more with *United States v. Pendergrass*, 995 F.3d 858 (11th Cir. 2021), because "the case agents whose testimony is challenged were not qualified as experts, 'so no danger of confusion between factual and expert-opinion testimony existed,'" *Wall*, 2024 WL 4099978 at *14 (quoting *Pendergrass*, 995 F.3d at 880-81), and because "the bulk of the case agents' testimony was permissible factual or lay opinion testimony tied to the specifics of their investigation." *Wall* at *14.

Respectfully, in the instant appeal, the district court's failure to qualify witnesses Agent Perez and Sergeant Kelly is itself a contested matter, leaving a serious question of whether they <u>should</u> have been admitted / vetted as experts, precisely because: (a) each had extensive – and relevant – gang experience and knowledge prior to their investigations in the instant case; (b) the record reflects that their understanding of gang culture / signs / language was the result of career-informed experience and expertise gathered over years, prior to the instant investigation. *See* Reply Br. (Hayes) at pp.2-4.

Also, respectfully, Perez and Kelly's testimony was of an expert nature in other ways, as they offered numerous opinions as to ultimate conclusions, Reply Br. at pp.4-9, so that the "danger of confusion between factual and expert-opinion testimony," *Wall* at *14, was substantial.

Citation of Supplemental Authority
United States v. Reginald Graham et al., Case No. 19-10332
Multi-Appeal:  Member No. 19-10659
Re:  Appellant Samuel Hayes
September 12, 2024
Page 2

_____

While there are superficial similarities with *Pendergrass*, the problems underlying the similarities – namely the district court's failure to vet and admit Perez and Kelly as experts and the substantial danger of confusion – should caution against summarizing Perez and Kelly's testimony as analogous to what was described in *Pendergrass*.

        Respectfully submitted,

        ROGER CABRERA, P.A.
        Wells Fargo Center
        333 SE 2nd Avenue, Suite 2000
        Miami, Florida 33131
        Telephone:  (305) 823-8383
        Facsimile:  (305) 675-7970
        Email:  roger@cabrera.legal

By:    ***/s/ Roger Cabrera***
        ROGER CABRERA, ESQ.
        Florida Bar No. 0148740

*CJA Counsel for Appellant Samuel Hayes*

cc:  All counsel of record